UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------ x
                                                             :
GERARD PHELAN                                                :
4001 N OCEAN BLVD – 405                                      :
GULFSTREAM, FL 33483 and                                     :
                                                             :
JAMES PHELAN                                                 :
11005 STANMORE DRIVE                                         :
POTOMAC, MD 20854,                                           :
                                                             :
      Plaintiffs,                                            :
                                                             :
             v.                                              :   Case No. 1:14-cv-_____
                                                             :
BRADLEY JAY VANDENHANDEL SR.                                 :
281 MOUNTAIN RIVERS LANE                                     :
MINERAL BLUFF, GA 30559                                      :
                                                             :
      Defendant.                                             :
------------------------------------------------------------ x
```

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiffs, GERARD PHELAN and JAMES PHELAN, by and through undersigned counsel, hereby file suit against Defendant, BRADLEY JAY VANDENHANDEL SR., and state in support:

1. Plaintiff JAMES PHELAN is a resident of Maryland.

2. Plaintiff GERARD PHELAN is a resident of Florida.

3. Defendant BRADLEY JAY VANDENHANDEL SR. is a resident of Georgia.

1

4. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the parties are residents of different states and the amount in controversy exceeds $75,000.

5. Venue is conferred upon this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to this claim occurred in the District of Columbia.

6. In addition, pursuant to the operative guarantees executed by Defendant VANDENHANDEL in favor of Plaintiffs GERARD PHELAN and JAMES PHELAN, the parties stipulated that venue is proper in this Court.

7. On or about July 13, 2005, International Furniture Industries, Inc. ("IFI") gave a Promissory Note to GERARD PHELAN in the amount of $349,500.00 ("Note 1").

8. On or about August 12, 2005, IFI gave a Promissory Note to GERARD PHELAN in amount of $149,500.00 ("Note 2").

9. On or about July 13, 2005, IFI gave a Promissory Note to JAMES PHELAN in the amount of $349,500.00 ("Note 3").

10. On or about August 12, 2005, IFI gave a Promissory Note to JAMES PHELAN in amount of $149,500.00 ("Note 4").

11. On or about August 12, 2005, Defendant VANDENHANDEL made a written Guarantee ("GP Guarantee") that guaranteed payments on all outstanding amounts owed to Plaintiff GERARD PHELAN on Notes 1 and 2.

12. On or about August 12, 2005, Defendant VANDENHANDEL made a written Guarantee ("JP Guarantee") that guaranteed payments on all outstanding amounts owed to Plaintiff JAMES PHELAN on Notes 3 and 4.

13. Copies of Note 1, Note 2, Note 3, Note 4, GP Guarantee and JP Guarantee are

incorporated by reference herein, annexed hereto and submitted collectively as Composite **Exhibit "A"**.

## GUARANTEE

14. Plaintiffs re-allege paragraphs 1-13 as of set forth herein.

15. Since on or about June 1, 2013, IFI has been in default on Loan 1.

16. Since on or about August 1, 2013, IFI has been in default on Loan 2.

17. Since on or about September 1, 2013, IFI has been in default on Loan 3.

18. Since on or about August 1, 2013, IFI has been in default on Loan 4.

19. Pursuant to the GP Guarantee, Defendant VANDENHANDEL owes Plaintiff GERARD PHELAN the sum of $101,500.00 in unpaid principal on Loans 1 and 2, not including accrued interest and penalty charges.

20. Pursuant to the GP Guarantee, as of the date of filing of this Complaint, Defendant VANDENHANDEL owes Plaintiff GERALD PHELAN the additional sum of $98,594.91 in accrued interest and penalty charges on Loans 1 and 2.

21. Pursuant to the JP Guarantee, Defendant VANDENHANDEL owes Plaintiff JAMES PHELAN the sum of $226,250.00 in unpaid principal on Loans 3 and 4, not including accrued interest and penalty charges.

22. Pursuant to the JP Guarantee, as of the date of filing of this Complaint, Defendant VANDENHANDEL owes Plaintiff JAMES PHELAN the additional sum of $221,357.96 in accrued interest and penalty charges on Loans 3 and 4.

23. Pursuant to the terms and conditions of the aforementioned notes and guarantees, Plaintiffs GERARD PHELAN and JAMES PHELAN also are entitled to additional accrued interest until the date of judgment, plus reasonable attorneys' fees and collection costs.

WHEREFORE, Plaintiffs GERARD PHELAN and JAMES PHELAN demand judgment against Defendant VANDENHANDEL as follows:

- to Plaintiff GERARD PHELAN, the sum of $101,500.00 in unpaid principal on Loans 1 and 2;

- to Plaintiff GERARD PHELAN, the sum of $98,594.91 in accrued interest and penalty charges through the date of filing of this Complaint on Loans 1 and 2;

- to Plaintiff JAMES PHELAN, the sum of $226,250.00 in unpaid principal on Loans 3 and 4;

- to Plaintiff JAMES PHELAN, the sum of $221,357.96 in accrued interest and penalty charges through the date of filing of this Complaint on Loans 3 and 4;

- to Plaintiffs GERARD PHELAN and JAMES PHELAN, additional accrued interest from the date of filing of this Complaint through the date of judgment at the rates specified in the operative Promissory Notes;

- to Plaintiffs GERARD PHELAN and JAMES PHELAN, reasonable attorneys' fees and collection costs; and

- all other relief that this Court deems proper.

Plaintiffs GERARD PHELAN and JAMES PHELAN respectfully demand a Jury Trial of all issues so triable.

Dated: August 31, 2014

By: /s/ Randy J. Branitsky
Randy J. Branitsky, Esq.
District of Columbia Bar # 435412
E-mail: rbranitsky@themis.us.com

Themis PLLC
2305 Calvert Street N.W.
Washington, DC 20008
(202) 567-2060 – phone
(202) 567-2051 - fax
*Attorney for Plaintiffs Gerard Phelan and James Phelan*